BRYAN SCHRODER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>CORNELIUS AARON PETTUS, JR.,<br><br>                Defendant. | No. 3:20-cr-00100-SLG-MMS<br><br>COUNT 1:<br>DEPRIVATION OF CIVIL RIGHTS<br>  Vio. of 18 U.S.C. § 242 |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about September 30, 2019, within the District of Alaska, the defendant, CORNELIUS AARON PETTUS, JR., while acting under color of law, did assault S.A. and willfully deprive S.A. of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer, which assault resulted in bodily injury to S.A.

All of which is in violation of 18 U.S.C. § 242.

A TRUE BILL.

                                                      s/ Grand Jury Foreperson
                                                      GRAND JURY FOREPERSON

s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: October 21, 2020