Clinton M. Campion, Alaska Bar No. 0812105
Email: campion@alaskalaw.pro
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 3:20-cr-00100-SLG-MMS |
| CORNELIUS AARON PETTUS, JR., | |
| Defendant. | |

## ENTRY OF APPEARANCE

The undersigned hereby enters his appearance on behalf of Defendant Cornelius Aaron Pettus, Jr.

It is requested that copies of all further pleadings or correspondence relating to this matter be served on:

Clinton M. Campion
Sedor, Wendlandt, Evans & Filippi, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone:    (907) 677-3600
Fax:       (907) 677-3605

Undersigned counsel consents to service of pleadings and other correspondence via email at **campion@alaskalaw.pro**

DATED this 27th day of October, 2020 at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant

By: _____/s/Clinton M. Campion_____
Clinton M. Campion, State Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500Anchorage, Alaska 99501
(907) 677-3600 (Telephone)
(907) 677-3605 (Facsimile)
Email address: campion@alaskalaw.pro
COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 27th day of October 2020 electronically by ECF on:

James A. Klugman

____/s/Riza Smith____
Certification signature

Entry of Appearance
*United States of America vs. Cornelius Aaron Pettus, Jr.*                                    Page 2 of 2
Case No. 3:20-cr-00100-SLG-MMS

Case 3:20-cr-00100-SLG-MMS   Document 4   Filed 10/27/20   Page 2 of 2