Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605
Email: campion@alaskalaw.pro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CORNELIUS AARON PETTUS, JR.,<br><br>        Defendant. | Case No. 3:20-cr-00100-SLG-MMS |

**NON-OPPOSED MOTION TO EXTEND DEADLINE TO FILE**

    Defendant Cornelius Aaron Pettus Jr., by and through counsel, Sedor, Wendlandt, Evans & Filippi, LLC, hereby moves the Court to extend the deadline to file motions from April 5, 2021, to May 10, 2021.

    Counsel for both parties have conferred in order to address timelines for the production of additional discovery related documents. Both parties agree that additional time is warranted due to the potential impact on any subsequently filed motions.

    A proposed order accompanies this motion.

Respectfully submitted this 2nd day of April, 2021.

> SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
> Attorneys for Defendant
>
> By:    /s/Clinton M. Campion
> Clinton M. Campion, State Bar No. 0812105
> SEDOR WENDLANDT EVANS FILIPPI LLC
> 500 L Street, Suite 500 Anchorage, Alaska 99501
> (907) 677-3600 (Telephone)
> (907) 677-3605 (Facsimile)
> Email address: campion@alaskalaw.pro
> COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 2nd day of April , 2021 electronically via ECF on:

James A. Klugman

  /s/Riza Smith

Certification signature

NON-OPPOSED MOTION TO EXTEND DEADLINE TO FILE

*United States of America vs. Cornelius Aaron Pettus, Jr.*     Page 2 of 2
Case No. 3:20-cr-00100-SLG-MMS

Case 3:20-cr-00100-SLG-MMS    Document 15    Filed 04/02/21    Page 2 of 2