E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CORNELIUS AARON PETTUS, Jr.<br><br>        Defendant. | No. 3:20-cr-00100-SLG-MMS |

**JOINT STATUS REPORT**

Pursuant to Miscellaneous General Order 21-10, the parties advise the court that:

1. The defendant is currently on pretrial release. 5 days of time chargeable under the Speedy Trial Act have elapsed. The trial is not especially complex. Because the defendant is out of custody, counsel is able to meaningfully interact with him in preparation of trial. There are no anticipated issues with availability on the part of counsel for the defense or the government.

2. The parties request that the case remain scheduled for trial on August 23, 2021,

as previously set.

3. The parties anticipate that trial will last 5 days.

4. The government is conducting a filter review of additional discovery, which will be provided to the defense as soon as the review is complete. The defense intends to file significant motions in limine well in advance of trial.

5. The parties do not anticipate the virtual participation of any witnesses.

RESPECTFULLY SUBMITTED April 12, 2021 at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

/s James Klugman
JAMES KLUGMAN
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021
a true and correct copy of the foregoing
was served electronically on:

Clinton M. Campion.

/s James Klugman
Office of the U.S. Attorney

U.S. v. Pettus
3:20-cr-00100-SLG-MMS