Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605
Email: campion@alaskalaw.pro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CORNELIUS AARON PETTUS, JR.,<br><br>    Defendant. | Case No. 3:20-cr-00100-SLG-MMS |

## MOTION TO CONTINUE

Defendant Cornelius Aaron Pettus Jr., by and through counsel, Sedor, Wendlandt, Evans & Filippi, LLC, hereby moves the Court to extend the current motions deadline of June 17, 2021 and to vacate the current trial date of August 23, 2021 and to continue the trial date in this matter.

On June 15, 2021, the United States of America disclosed the remainder of the discovery it indicated it would provide to Defendant. Counsel for Defendant requires additional time to evaluate the additional discovery and to prepare a motion in limine.

The United States of America has not confirmed whether it opposed to the motion extend the motions deadline and to continue the trial date.

A proposed order accompanies this motion.

Respectfully submitted this 21st day of June, 2021.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant

By: /s/Clinton M. Campion
Clinton M. Campion, State Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500 Anchorage, Alaska 99501
(907) 677-3600 (Telephone)
(907) 677-3605 (Facsimile)
Email address: campion@alaskalaw.pro
COUNSEL FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 21st day of June, 2021 electronically via ECF on:

James A. Klugman

/s/Riza Smith
Certification signature

MOTION TO CONTINUE
*United States of America vs. Cornelius Aaron Pettus, Jr.* Page 2 of 2
Case No. 3:20-cr-00100-SLG-MMS

Case 3:20-cr-00100-SLG-MMS   Document 21   Filed 06/21/21   Page 2 of 2