Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605
Email: campion@alaskalaw.pro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:20-cr-00100-SLG-MMS |
| CORNELIUS AARON PETTUS, JR., | |
| Defendant. | |

## MOTION TO APPEAR TELEPHONICALLY

Defendant Cornelius Aaron Pettus Jr., by and through counsel, Sedor, Wendlandt, Evans & Filippi, LLC, and pursuant to Miscellaneous General Order 21-19, hereby moves the court to allow Defendant Pettus and undersigned counsel to appear telephonically for the in-person pretrial conference currently scheduled for September 23, 2021, at 3:00 p.m. in Anchorage Courtroom 3.

This request does not unfairly prejudice Plaintiff, and further, serves the Court's interest to protect the health and safety of the public, court employees, counsel, and parties in light of the ongoing COVID-19 pandemic. A proposed order accompanies this request.

Respectfully submitted this 15th day of September, 2021.

> SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
> Attorneys for Defendant Cornelius Aaron Pettus, Jr.
>
> By:    /s/Clinton M. Campion
> Clinton M. Campion, State Bar No. 0812105
> SEDOR WENDLANDT EVANS FILIPPI LLC
> 500 L Street, Suite 500 Anchorage, Alaska 99501
> (907) 677-3600 (Telephone)
> (907) 677-3605 (Facsimile)
> Email address: campion@alaskalaw.pro

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF this 15th day of September, 2021 on:

James A. Klugman

  /s/Riza Smith
Certification signature

MOTION TO APPEAR TELEPHONICALLY
*United States of America vs. Cornelius Aaron Pettus, Jr.*     Page 2 of 2
Case No. 3:20-cr-00100-SLG-MMS

Case 3:20-cr-00100-SLG-MMS   Document 35   Filed 09/15/21   Page 2 of 2