E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. CORNELIUS AARON PETTUS, Jr. Defendant. | No. 3:20-cr-00100-SLG-MMS<br><br>COUNT 1:<br>DEPRIVATION OF CIVIL RIGHTS<br>  Vio. of 18 U.S.C. § 242<br><br>COUNT 2:<br>FALSIFICATION OF RECORDS<br>DURING FEDERAL INVESTIGATION<br>  Vio. of 18 U.S.C. § 1519 |
|---|---|

FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about September 30, 2019, within the District of Alaska, the defendant, CORNELIUS AARON PETTUS, while acting under color of law, did assault S.A. and willfully deprive S.A. of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer, which assault resulted in bodily injury to S.A.

All of which is in violation of 18 U.S.C. § 242.

## COUNT 2

On or about September 30, 2019, within the District of Alaska, the defendant, CORNELIUS AARON PETTUS, knowingly altered, covered up, falsified, and made a false entry in records and documents, and tangible object with the intent to impede, obstruct, and influence the investigation of his use of force against S.A., a matter within the jurisdiction of the Federal Bureau of Investigation and the United States Department of Justice, departments and agencies of the United States, and in relation to and in contemplation of such an investigation and prosecution, by preparing and submitting police reports falsely claiming that S.A. had challenged him to a fight and that his use of force was necessary to defend himself, which PETTUS knew full well to be false.

All of which is in violation of 18 U.S.C. § 1519.

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America


s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America


DATE: September 21, 2021