IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No 3:20-cr-00100-SLG-MMS |
| Plaintiff, | ) |
| v. | ) |
| CORNELIUS AARON PETTUS, JR., | ) |
| Defendant. | ) |

**PROTECTIVE ORDER FOR DISCOVERY**

Having duly considered the United States' Motion for a Protective Order pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court finds good cause to order the following restrictions on discovery:

1. Except as provided herein, defense counsel shall not distribute, show, or make available to individuals other than the Defense Team[1] the discovery containing Protected Information[2].

---

[1] "Defense Team" is defined as the defendant, his defense attorney(s), defense investigators, or experts or consultants retained by defendant's counsel.

[2] "Protected Information" is defined as any discovery that contains any Anchorage Police Department (APD) agency materials, APD training records, or police reports containing personally identifiable information.

*U.S. v. Pettus*
3:20-cr-00100-SLG-MMS          Page 1 of 2
Case 3:20-cr-00100-SLG-MMS   Document 69   Filed 06/03/22   Page 1 of 3

2. The Protected Information will be produced by the United States to the Defense Team with a "PROTECTED" bates reference and a designation in the discovery log that it is protected.

3. The Defense Team shall keep discovery containing Protected Information at the law offices of Sedor Wendlandt Evans & Filippi, in Anchorage, Alaska.

4. The Defense Team shall make a good-faith effort to prevent the unauthorized disclosure of Protected Information. Such efforts shall include taking steps to prevent the unauthorized disclosure to anyone outside the Defense Team by any means or medium.

5. This Order shall apply to all discovery provided by the United States on or after June 3, 2022.

6. Any court filing disclosing Protected Information shall be filed under seal, and in accordance with Fed. R. Crim. P. 49.1.

//

//

//

//

//

*U.S. v. Pettus*
3:20-cr-00100-SLG-MMS        Page 2 of 2
Case 3:20-cr-00100-SLG-MMS   Document 69   Filed 06/03/22   Page 2 of 3

7. Defense Counsel shall advise all members of the Defense Team, both current and future, of the terms of this Protective Order. Failure to comply with this Protective Order by any member of the Defense Team is a violation of a court order and punishable as contempt.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>3rd</u> day of June 2022.



s/ Matthew M. Scoble
United States Magistrate Judge

*U.S. v. Pettus*
3:20-cr-00100-SLG-MMS  Page 3 of 2
Case 3:20-cr-00100-SLG-MMS   Document 69   Filed 06/03/22   Page 3 of 3