S. LANE TUCKER
United States Attorney

CHARISSE ARCE
ALLISON M. O'LEARY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse 222
West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: charisse.arce@usdoj.gov
allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORNELIUS PETTUS, JR.,<br><br>Defendant. | ) Case No. 3:20-cr-00100-SLG-MMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEFERRED PROSECUTION AGREEMENT**

The United States of America and defendant, Cornelius Aaron Pettus, Jr., by and through the undersigned attorneys, hereby give Notice of a Deferred Prosecution Agreement reached between the parties, which is attached to this Notice.

//

//

*U.S. v. Pettus*
3:20-cr-00100-SLG-MMS

RESPECTFULLY SUBMITTED this 15th day of June, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*s/ Charisse Arce*
CHARISSE ARCE
Assistant U.S. Attorney

*s/ Allison M. O'Leary*
ALLISON M. O'LEARY
Assistant U.S. Attorneys

*s/ Clinton M. Campion*
CLINTON M. CAMPION
Attorney for Cornelius Pettus, Jr.