# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CORNELIUS AARON PETTUS, JR.,<br><br>        Defendant. | Case No. 3:20-cr-00100-SLG |

### ORDER RE JOINT MOTION TO VACATE JURY TRIAL AND SET STATUS CONFERENCE

Before the Court at Docket 77 is the parties' *Joint Motion to Vacate Jury Trial and Set Status Conference.* Upon due consideration, the motion is hereby GRANTED.

IT IS ORDERED that all pending motions (Dockets 58, 60, 61 and 63) are DENIED without prejudice to their renewal in due course as warranted, and all pretrial deadlines are extended for 90 days. Further, the Final Pretrial Conference on June 27, 2022 and the Trial by Jury on July 6, 2022 are each VACATED. A Status Conference is scheduled for **September 13, 2022 at 12:30 p.m.** in Anchorage Courtroom 2.

DATED this 17th day of June, 2022, at Anchorage, Alaska.

                                          */s/ Sharon L. Gleason*
                                        UNITED STATES DISTRICT JUDGE