Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605
Email: campion@alaskalaw.pro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORNELIUS AARON PETTUS, JR.,<br><br>Defendant. | Case No. 3:20-cr-00100-SLG-MMS |

**JOINT STIPULATION TO MODIFY CONDITIONS OF RELEASE**

Defendant Cornelius Aaron Pettus Jr., by and through counsel, Sedor, Wendlandt, Evans & Filippi, LLC, and Plaintiff United States of America, by and through the United States Attorney's Office, hereby stipulate to modify the Order Setting Conditions of Release imposed by United States Magistrate Judge Mathew M. Scoble on November 5, 2020,[1] as follows:

1. Maintain Conditions of Release (1)-(4); (7)(g); and (7)(k).

2. Remove conditions (5)-(6); (7)(a); (7)(c)-(f); and (7)(r).

---

[1] ECF Docket 8.

Defendant will remain released on his own recognizance.

Respectfully submitted this 17th day of June, 2022.

OFFICE OF THE U.S. ATTORNEY
Attorneys for Plaintiff

By: _____/s/Allison M. O'Leary_____
Allison M. O'leary

Respectfully submitted this 17th day of June, 2022.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant

By: _____/s/Clinton M. Campion_____
Clinton M. Campion
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500Anchorage, Alaska 99501
(907) 677-3600 (Telephone)
(907) 677-3605 (Facsimile)
Email address: campion@alaskalaw.pro
COUNSEL FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF this 17th day of June, 2022 to:

S. Lane Tucker
Charisse Arce
Allison M. O'Leary
James A. Klugman


___/s/Riza Smith_____
Certification signature

STIPULATION TO MODIFY CONDITIONS OF RELEASE
*United States of America vs. Cornelius Aaron Pettus, Jr.*                Page 2 of 2
Case No. 3:20-cr-00100-SLG-MMS