S. LANE TUCKER
United States Attorney

CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CORNELIUS AARON PETTUS, Jr.<br><br>    Defendant. | No. 3:20-cr-00100-SLG-MMS |

**JOINT MOTION TO VACATE STATUS HEARING AND STATUS REPORT**

The United States of America and defendant, Cornelius Aaron Pettus Jr., by and through the undersigned attorneys, hereby move to vacate the status hearing currently set for September 13, 2022 at 12:30 p.m. (Dkt. 79.)

On June 15, 2022, Mr. Pettus entered into a Deferred Prosecution Agreement ("Agreement") with the United States. (Dkt. 78-1.) As part of the Agreement, Mr. Pettus agreed to permanently relinquish his Alaska Police Certificate. *Id.* Mr. Pettus has complied with this and all other conditions of the Agreement. The parties are awaiting action by the

Alaska Police Standards Council to formally accept his voluntary surrender of his Alaska Police Certification. The parties understand the next meeting of the Alaska Police Standards Council will not occur until December 5, 2022.

The defendant remains released on his own recognizance (docket 86) and is in compliance with his conditions of release.

For these reasons, the parties request the status hearing set for tomorrow be vacated. Once the Alaska Police Standards Council formally accepts Mr. Pettus' voluntary surrender, the government will move to dismiss the criminal charges in this matter.

RESPECTFULLY SUBMITTED September 12, 2022 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*/s Charisse Arce*
CHARISSE ARCE
Assistant United States Attorney
United States of America

*/s Clinton M. Campion*
CLINTON M. CAMPION
Attorney for Cornelius Pettus, Jr.