S. LANE TUCKER
United States Attorney

CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:20-cr-00100-SLG-MMS |
| Plaintiff, ) | |
| v. ) | |
| CORNELIUS AARON PETTUS, JR., ) | |
| Defendant. ) | |

**MOTION TO DISMISS FIRST SUPERSEDING INDICTMENT WITH PREJUDICE (UNOPPOSED)**

The United States of America, by and through the undersigned attorneys, move this Court to dismiss with prejudice the criminal charges against Cornelius Aaron Pettus, Jr. (Dkt. 38 – First Superseding Indictment; Dkt. 2 – Indictment.)

On June 15, 2022, the parties entered into a Deferred Prosecution Agreement ("Agreement") whereby the United States agreed to defer the prosecution of the criminal

charges against Mr. Pettus for a period of 6 months to allow him to demonstrate compliance with the terms set forth in the Agreement. (Dkt. 78-1.)

On June 20, 2022, Mr. Pettus sent a letter to the Alaska Police Standards Council where he permanently relinquished his Alaska Police Officer Certification. The Alaska Police Standards Council accepted this letter as a Consent Agreement, and formally adopted the Consent Agreement on December 5, 2022. *See* Attachment 1.

As of the date of this filing, Mr. Pettus has fulfilled the terms of this Agreement, and further agreed to not seek employment in any U.S. state or territory as a "Law Enforcement Officer," as that term is defined in 18 U.S.C. § 245(c).

Mr. Pettus is not in custody and has remained in compliance with the terms of his pre-trial release.

RESPECTFULLY SUBMITTED December 9, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Charisse Arce*
CHARISSE ARCE
Assistant U.S. Attorney
United States of America

*U.S. v. Pettus*
3:20-cr-00100-SLG-MMS