# ALASKA POLICE STANDARDS COUNCIL

In the Matter of )
)
  Cornelius Pettus, ) APSC No. 2020-21
)
Respondent, )
_____ )

ADOPTION OF CONSENT AGREEMENT

    The Alaska Police Standards Council of the State of Alaska, having duly convened on the 5th day of December 2022, hereby adopts the Consent Agreement, titled Voluntary Surrender of Certification as a Peace Officer, between Respondent and Council's Executive Director in this matter, dated June 20, 2022.

DATED this 5th day of December 2022.

*[signature: Rebecca Hamon]*

_____
Rebecca Hamon, Chairman
Alaska Police Standards Council

*State of Alaska*
*Alaska Police Standards Council*
*Box 111200*
*Juneau, Alaska 99811-1200*