# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORNELIUS AARON PETTUS, JR., )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:20-cr-00100-SLG |

## JUDGMENT OF DISCHARGE
### FED.R.CRIM.P. 48

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ The court has granted the motion of the government for dismissal;
☐ The court has granted the motion of the defendant for a Judgment of Acquittal;
☐ A jury has been waived, and the court has found the defendant NOT GUILTY;
☐ The jury has returned its verdict, finding the defendant NOT GUILTY;
☐ (Other reason, or reasons, if any);

of the offense(s) of Deprivation of Civil Rights, 18 U.S.C. § 242, and Falsification of Records During Federal Investigation, 18 U.S.C. § 1519, as charged in count(s) 1 and 2 of the First Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

**DATED** , this 13th day of December, 2022.

                                                *s/ Sharon L. Gleason*
                                                 Sharon L. Gleason
                                                 United States District Judge

[DISCHARG*Rev.07/03]